THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Andrew Gallagher, Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2007-UP-076
Submitted February 1, 2007  Filed February 13, 2007

AFFIRMED

 
 
 
 Jessica Ann Salvini, of Greenville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  In this criminal appeal, Thomas Andrew Gallagher appeals the circuit courts dismissal of his appeal from a disorderly conduct conviction in magistrates court.  We affirm pursuant to Rule 220(b)(2) and the following authorities:[1] 
1.  As to Gallaghers failure to appeal the circuit courts finding that service of the notice of appeal was never perfected on the magistrate:  S.C. Code Ann. § 18-3-30 (Supp. 2004); Charleston Lumber Co. v. Miller Housing Corp., 338 S.C. 171, 175, 525 S.E.2d 869, 871 (2000) (holding an unappealed ruling, right or wrong, is the law of the case).
2.  As to the circuit courts dismissal of his appeal from magistrates court:  S.C. Code Ann. § 18-3-30 (Supp. 2004); State v. Brown, 358 S.C. 382, 387, 596 S.E.2d 39, 41 (2004) (holding the failure of a party to comply with the procedural requirements for perfecting an appeal from magistrates court deprives the circuit court of appellate jurisdiction over the case).
AFFIRMED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.